1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>         Plaintiff,<br><br>    vs.<br><br>ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, AND OOO ACRONIS<br><br>         Defendants. | Case No. 3:12-cv-05331 SI<br><br>[~~PROPOSED~~] ORDER ADOPTING STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES<br><br>Honorable Susan Illston |
| AND RELATED COUNTERCLAIMS | |

Having carefully considered Plaintiff Symantec Corporation ("Symantec") and Defendants-Counterclaimants Acronis, Inc. and Acronis International GmbH's Stipulation regarding Continuance of Case Management Conference ("CMC") and related dates, the Court **ADOPTS** the Stipulation and orders that the CMC and related dates be continued as follows:

| Event | Previous Date | Continued Date |
|---|---|---|
| OOO Acronis' Opposition to Symantec's Motion re Service and Personal Jurisdiction | December 31, 2012 | **January 7, 2013** |
| Symantec's Reply in Support of Its Motion re Service and Personal Jurisdiction | January 7, 2013 | **January 21, 2013** |
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>• file ADR Certification signed by Parties and Counsel;<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | December 28, 2012 | **January 18, 2013** |
| Last day to:<br>• file Rule 26(f) Report;<br>• complete initial disclosures or state objection in Rule 26(f) Report;<br>• file Case Management Statement | January 11, 2013 | **February 1, 2013** |
| Case Management Conference/Hearing on Symantec's Motion re Service and Personal Jurisdiction | January 18, 2013, 2:30 p.m. | **February 8, 2013, 2:30 p.m.** |

**IT IS SO ORDERED.**

DATED: 1/8/13

_____
Honorable Susan Illston
United States District Judge

-1-   Case No. 3:12-cv-05331
[PROPOSED] ORDER ADOPTING STIPULATION REGARDING CONTINUANCE OF CMC