1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10 | SYMANTEC CORPORATION,

11 |         Plaintiff,

12 |     vs.

13 | ACRONIS, INC., ACRONIS
INTERNATIONAL GMBH, AND OOO
14 | ACRONIS

15 |         Defendants.

16

17 | AND RELATED COUNTERCLAIMS

Case No. 3:12-cv-05331 SI

[PROPOSED] ORDER ADOPTING
STIPULATION REGARDING
CONTINUANCE OF CASE
MANAGEMENT CONFERENCE AND
RELATED DATES

Honorable Susan Illston

18

19

20

21

22

23

24

25

26

27

28

Having carefully considered Plaintiff Symantec Corporation ("Symantec") and

Defendants-Counterclaimants Acronis, Inc. and Acronis International GmbH's Stipulation

regarding Continuance of Case Management Conference ("CMC") and related dates, the Court

**ADOPTS** the Stipulation and orders that the CMC and related dates be continued as follows:

| Event | Previous Date | Continued Date |
|---|---|---|
| OOO Acronis' Opposition to Symantec's Motion re Service and Personal Jurisdiction | December 31, 2012 | **January 7, 2013** |
| Symantec's Reply in Support of Its Motion re Service and Personal Jurisdiction | January 7, 2013 | **January 21, 2013** |
| Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>• file ADR Certification signed by Parties and Counsel;<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | December 28, 2012 | **January 18, 2013** |
| Last day to:<br>• file Rule 26(f) Report;<br>• complete initial disclosures or state objection in Rule 26(f) Report;<br>• file Case Management Statement | January 11, 2013 | **February 1, 2013** |
| Case Management Conference/Hearing on Symantec's Motion re Service and Personal Jurisdiction | January 18, 2013, 2:30 p.m. | **February 8, 2013, 2:30 p.m.** |

**IT IS SO ORDERED.**

DATED: _1/8/13_____        _____

Honorable Susan Illston
United States District Judge

[PROPOSED] ORDER ADOPTING STIPULATION REGARDING CONTINUANCE OF CMC