IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORP,<br><br>        Plaintiff,<br><br>   v.<br><br>ACRONIS, INC., *et* al.,<br><br>        Defendants.<br>                                 / | No. C 12-05331 SI<br><br>**ORDER RE STIPULATION TO FILE UNDER SEAL** |

      Currently before the Court is the parties' Stipulation to file under seal Symantec's Motion for an Order Declaring Service on OOO Acronis Effective and certain exhibits in support thereof. Docket No. 42. Following this Court's order, on January 14, 2013 the Acronis defendants – whose information Symantec sought to file under seal – submitted a declaration in order to justify the sealing of the material at issue. *See* Docket No. 52.

      Having considered the declaration submitted the Court rules as follows:

      Within three (3) days of the date of this Order, Symantec must e-file in the public docket a redacted version of its Motion for an Order Declaring Service. That document may redact only the following information:

      1.     Page 3, line 4 - page 5, line 9.

      2.     Page 9, lines 5-11

      3.     Page 13, lines 14-16 and 19-23

      4.     Page 14, lines 18-23.

Within three (3) days of the date of this Order, Symantec must e-file in the public docket redacted copies of the following exhibits:

1. Exhibit 3, redacting pages 24-130
2. Exhibit 5, redacting pages 18-179
3. Exhibit 6, redacting pages 13-90
4. Exhibit 7, in redacted form approved for filing in Case No. 11-cv-5310

Within three (3) days of the date of this Order, Symantec must e-file under seal the following:

1. An unredacted copy of its Motion for an Order Declaring Service
2. An unredacted copy of Exhibit 3
3. An unredacted copy of Exhibit 5
4. An unredacted copy of Exhibit 6
5. An unredacted copy of Exhibit 7
6. An unredacted copy of Exhibit 8
7. An unredacted copy of Exhibit 9
8. An unredacted copy of Exhibit 18

For all future filings, when seeking to file any information under seal, the motion or stipulation must be supported by a declaration from the party whose information is at stake to justify the proposed sealing.

**IT IS SO ORDERED.**

Dated: January 17, 2013

_____
SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE