IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORP., <br><br> Plaintiff, <br><br> v. <br><br> ACRONIS, INC., *et al.*, <br><br> Defendants. | No. C 12-05331 SI <br><br> **FINAL ORDER RE SYMANTEC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DOCKET NO. 58]** |

Currently before the Court is Symantec's Administrative Motion to File Under Seal [Docket No. 58]. On January 31, 2013, the Court ordered Acronis to provide a supplemental declaration establishing good cause for sealing Exhibits 1 and 7, which were submitted with Symantec's Reply. Docket No. 69. On February 6, 2013, Acronis submitted the supplemental Declaration of Goetz Eaton, explaining that Acronis no longer seeks to file under seal Exhibit 7 and only seeks to file under seal portions of Exhibit 1, which is a discovery order issued by Magistrate Judge Corley in Case No. 11-5310 EMC (JSC). Mr. Eaton argues good cause to seal page 4, lines 4-9 and 11-16 and page 6, lines 21-22 of Exhibit 1 exists because Judge Corley filed those portions of her order under seal. Docket No. 74.

In light of Judge Corley's ruling as to her discovery order in Case No. 11-5310, the Court grants Symantec's administrative motion to file under seal. Within five days of the date of this Order, Symantec shall file e-file in the public docket Exhibit 7 and a revised version of Exhibit 1, redacting page 4, lines 4-9 and 11-16 and page 6, lines 21-22 only. Symantec must also e-file under seal (if it hasn't already), a full copy of Exhibit 1.

**IT IS SO ORDERED.**

Dated: February 12, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE