UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SYMANTEC CORPORATION, | |
|---|---|
| Plaintiff, | Case No. 12-cv-05331-JST |
| v. | **SCHEDULING ORDER** |
| ACRONIS, INC., et al., | |
| Defendants. | |

The Court hereby sets the following case schedule deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| **Disclosure of Asserted Claims**, Patent Local Rule ("PLR") 3-1 | April 16, 2013 |
| **Disclosure of Invalidity Contentions**, PLR 3-3 | May 31, 2013 |
| **Proposed Terms for Claim Construction**, PLR 4-1 | June 14, 2013 |
| **Preliminary Claim Construction**, PLR 4-2 | July 5, 2013 |
| **Joint Claim Construction and Pre-Hearing Statement**, PLR 4-3 | July 30, 2013 |
| **Complete Claim Construction Discovery**, PLR 4-4 | August 29, 2013 |
| **Opening Claim Construction Briefs Due**, PLR 4-5(a) | September 13, 2013 |
| **Responsive Claim Construction Briefs Due,** PLR 4-5(b) | September 27, 2013 |
| **Reply Claim Construction Briefs Due**, PLR 4-5(c) | October 4, 2013 |
| **Technology Tutorial** | October 22, 2013 |

| | |
|---|---|
| **Claim Construction Hearing** | November 5, 2013 |
| **Deadline to File Dispositive Motions** | January 10, 2014 |

Counsel may not stipulate to modify the foregoing dates without Court approval.  The parties shall comply at all times with the standing orders of this Court, which are available at cand.uscourts.gov/jstorders.

While the Court encourages informal resolution, the Court ordinarily does not grant extensions on the ground that settlement discussions are occurring or because the parties experienced delays in scheduling settlement conferences, mediation, or early neutral evaluation.  The parties should proceed to prepare their cases for trial.  No continuance (even if stipulated) shall be granted on the ground of incomplete preparation without competent and detailed declarations setting forth good cause.

Dated: April 2, 2013

_____
Jon S. Tigar
United States District Judge