UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ACRONIS, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-05331-JST<br><br>**ORDER RESPONDING TO PLAINTIFF'S MOTION TO SET A DATE FOR THE CLOSE OF FACT AND EXPERT DISCOVERY**<br><br>Re: ECF No. 95 |

The Court has received Plaintiff's Motion to Set a Date for the Close of Fact and Expert Discovery, as well as Defendants' opposition.  ECF Nos. 95 & 96.

The Court intends to set such dates.  If Defendants do not agree with the deadlines Plaintiff proposes, they may submit an alternative proposal by Friday, May 3, 2013.  The Court will then choose.  If Defendants do not submit a proposal, the Court will adopt Plaintiff's proposed dates.

The Court would also entertain a stipulation.

**IT IS SO ORDERED**.

Dated: April 30, 2013

                                                            JON S. TIGAR
                                     United States District Judge