UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ACRONIS, INC., et al.,<br><br>    Defendants. | Case No. 12-cv-05331-JST<br><br>**FURTHER CASE SCHEDULING ORDER**<br><br>Dkt. Nos. 95, 96, 99, 100, 101 |

Having considered Plaintiff's Motion to Set A Date For the Close of Fact and Expert Discovery, ECF No. 95; Defendants' Opposition thereto, ECF No. 96; Defendants' Proposal Re Fact and Expert Discovery Dates, ECF No. 99; Plaintiff's Response to Defendants' Proposal, ECF No. 100; and Defendants' Reply to Plaintiff's Response, ECF No. 101; and the court's order dated April 30, 2013, ECF No. 97, and good cause appearing, the court now sets the following additional case deadlines:

| **Event** | **Deadline** |
|---|---|
| Fact discovery cut-off | September 30, 2013 |
| Expert disclosures | November 8, 2013 |
| Expert rebuttal | December 6, 2013 |
| Expert discovery cut-off | January 7, 2014 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

1    The parties must take all necessary steps to conduct discovery, compel discovery, hire
2 counsel, retain experts, and manage their calendars so that they can complete discovery in a timely
3 manner.  All counsel must arrange their calendars to accommodate these dates, or arrange to
4 substitute or associate in counsel who can.

5    Requests for continuance are disfavored.  The Court will not consider any event
6 subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with
7 the above dates as good cause to grant a continuance.  The Court will not consider the pendency of
8 settlement discussions as good cause to grant a continuance.

Dated: May 19, 2013

_____
JON S. TIGAR
United States District Judge