UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>        v.<br><br>ACRONIS, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-05331-JST<br><br>**ORDER REGARDING TECHNOLOGY TUTORIAL AND CLAIMS CONSTRUCTION HEARING** |

The Court hereby ADVANCES the time of the October 22 technology tutorial from 1:30 P.M. to 2:00 P.M.  The Court will reserve no more than two and a half hours on its calendar for the tutorial, including a brief recess.

If the parties have not already done so, they are ordered to meet and confer regarding the format, scope and content of both the technology tutorial and the claim construction hearing, including but not limited to the division of time between the parties, the permissible subjects of discussion at each hearing, whether experts will testify, and what audio-visual equipment, if any, will be needed by the parties.  The parties are further ordered to exchange copies of any audio-visual material they intend to use in court, and to bring any disputes regarding the format, scope, or content of the tutorial to the Court's attention not later than October 18, and to bring any disputes regarding the claims construction hearing to the Court's attention not later than October 29.

The Court has no preference regarding whether the parties present their tutorial presentations patent-by-patent or each give a full presentation of the relevant technology. However, at the claim construction hearing, the Court prefers that the parties each present their respective views regarding each disputed claim term one term at a time.  The Court will reserve no

1 more than two-and-one-half hours on its calendar for the claims construction hearing, including a
2 brief recess. The time set for hearing may elapse before the parties have addressed each disputed
3 term, and so the parties are encouraged to prioritize discussion of those terms whose construction
4 is most likely to be significant to the disposition of this case, and to be succinct in their arguments
5 at hearing.

**IT IS SO ORDERED.**

Dated: October 16, 2013

							JON S. TIGAR
							United States District Judge