1 | Jennifer A. Kash (Bar No. 203679)
  | jenniferkash@quinnemanuel.com
2 | Eric E. Wall (Bar No. 248692)
  | ericwall@quinnemanuel.com
3 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
  | 50 California Street, 22nd Floor
4 | San Francisco, California 94111
  | Telephone: (415) 875-6600
5 | Facsimile:  (415) 875-6700

6 | Attorneys for Plaintiff-Counterdefendant

7 | Jason W. Wolff (SBN 215819/wolff@fr.com)
  | Olga I. May (SBN 232012/omay@fr.com)
8 | Aleksandr Gelberg (SBN 279989/gelberg@fr.com)
  | Fish & Richardson P.C.
9 | 12390 El Camino Real
10 | San Diego, California 92130
   | Telephone:  (858) 678-5070
11 | Facsimile:   (858) 678-5099

12 | Attorneys for Defendants-Counterclaimants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SYMANTEC CORP., | Case No. 3:12-cv-05331 JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING EXTENSIONS TO DEADLINES OF EXPERT DISCLOSURES AND EXPERT REBUTTAL** |
| v. | |
| ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, and OOO ACRONIS, | |
| Defendants. | **Honorable Jon S. Tigar** |
| AND RELATED COUNTERCLAIMS. | |

Having carefully considered the parties' stipulated request to extend deadlines of expert disclosures and expert rebuttal, this Court grants the request.

IT IS HEREBY ORDERED THAT:

1. The expert disclosures deadline is extended from November 8, 2013 to November 15, 2013.

2. The expert rebuttal deadline is extended from December 6, 2013 to December 13, 2013.

**IT IS SO ORDERED.**

Dated: October 16, 2013

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE