Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff-Counterdefendant

Jason W. Wolff (SBN 215819/wolff@fr.com)
Olga I. May (SBN 232012/omay@fr.com)
Aleksandr Gelberg (SBN 279989/gelberg@fr.com)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendants-Counterclaimants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORP.,<br><br>             Plaintiff,<br>v.<br><br>ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, and OOO ACRONIS,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.  3:12-cv-05331 JST<br><br>**[PROPOSED] ORDER GRANTING EXTENSIONS TO DEADLINES OF EXPERT DISCLOSURES AND EXPERT REBUTTAL**<br><br>**Honorable Jon S. Tigar** |

Having carefully considered the parties' stipulated request to extend deadlines of expert disclosures and expert rebuttal, this Court grants the request.

IT IS HEREBY ORDERED THAT:

1. The expert disclosures deadline is extended from November 8, 2013 to November 15, 2013.

2. The expert rebuttal deadline is extended from December 6, 2013 to December 13, 2013.

**IT IS SO ORDERED.**

Dated: October 16, 2013

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE