1  Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
2  Eric E. Wall (Bar No. 248692)
   ericwall@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  50 California Street, 22nd Floor
   San Francisco, California 94111
5  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
6
   Attorneys for Plaintiff-Counterdefendants
7
   Jason W. Wolff (SBN 215819/wolff@fr.com)
8  Olga I. May (SBN 232012/omay@fr.com)
   Aleksandr Gelberg (SBN
9  279989/gelberg@fr.com)
   Fish & Richardson P.C.
10 12390 El Camino Real
   San Diego, California 92130
11 Telephone:  (858) 678-5070
   Facsimile:   (858) 678-5099
12
13 Attorneys for Defendants-Counterclaimants

14
15
16                    **UNITED STATES DISTRICT COURT**
17                    **NORTHERN DISTRICT OF CALIFORNIA**

18 | SYMANTEC CORP.,                          | CASE NO. 3:12-cv-05331(JST)
19 |                                          |
   |                  Plaintiff,              | **JOINT STIPULATION AND [PROPOSED]**
20 | v.                                       | **ORDER PERMITTING USE OF**
   |                                          | **EQUIPMENT IN THE COURTROOM**
21 | ACRONIS, INC., ACRONIS                   |
   | INTERNATIONAL GMBH, and OOO              | **Claim Construction Tutorial:**
22 | ACRONIS,                                 |
   |                                          | Date:    October 22, 2013
23 |                  Defendants.             | Time:    1:30 p.m.
   |                                          | Place :  Courtroom 9, 19th Flr
24 |                                          | Judge:   Hon. Jon S. Tigar

25
26
27
28

1  PURSUANT TO GENERAL ORDER 58, the parties, through their respective counsel of
2  record, hereby stipulate, agree and request as follows:
3  WHEREAS, Plaintiff Symantec Corporation and Defendants Acronis Inc., Acronis
4  International GmbH and OOO Acronis (collectively, "the Parties") seek to use certain equipment
5  and devices at the claim construction tutorial on October 22, 2013,
6  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
7  Parties that:
8  1.  The Parties and their attorneys, paralegals, assistants and consultants may bring
9  laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector
10 screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and
11 power strips, A/B switches, and related equipment into the courtroom for use at the claim
12 construction tutorial on October 22, 2013;
13 2.  Beginning at ~~10:00 a.m.~~ 12:00 p.m. on Tuesday, October 22, 2013, the Parties may have
14 access to the courtroom to set up and test the above equipment so that the Parties will be prepared
15 to proceed with the hearing as scheduled.
16
17 **IT IS SO STIPULATED.**

-1-   Case No. 3:12-cv-05331 (JST)
JOINT STIPULATION AND [~~PROPOSED~~] ORDER
PERMITTING USE OF EQUIPMENT IN THE COURTROOM

| | | |
|---|---|---|
| 1 | Dated:  October 21, 2013 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | |
| 4 | | */s/ Jennifer A. Kash*　　　　　　　　　　 |
| | | Jennifer A. Kash |
| 5 | | |
| 6 | | Jennifer A. Kash (Bar No. 203679) |
| | | jenniferkash@quinnemanuel.com |
| 7 | | Eric E. Wall (Bar No. 248692) |
| | | ericwall@quinnemanuel.com |
| 8 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 9 | | 50 California Street, 22nd Floor |
| | | San Francisco, California 94111 |
| 10 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 11 | | |
| | | David A. Nelson (*pro hac vice*) |
| 12 | | davenelson@quinnemanuel.com |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 13 | | 500 West Madison Street, Suite 2450 |
| | | Chicago, IL 60661 |
| 14 | | Telephone: (312) 705-7400 |
| | | Facsimile: (312) 705-7401 |
| 15 | | |
| 16 | | Kate Cassidy (*pro hac vice*) |
| | | katecassidy@quinnemanuel.com |
| 17 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 18 | | 51 Madison Avenue, 22nd Floor |
| | | New York, NY 10010 |
| 19 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |
| 20 | | Attorneys for Plaintiff-Counterdefendant |
| | | Symantec Corporation |
| 21 | | |
| 22 | Dated:  October 21, 2013 | FISH & RICHARDSON P.C. |
| 23 | | |
| | | By:  */s/ Olga I. May*　　　　　　　　 |
| 24 | | |
| 25 | | Jason W. Wolff |
| | | Olga I. May |
| 26 | | Aleksandr Gelberg |
| | | FISH & RICHARDSON P.C. |
| 27 | | 12390 E. Camino Real |
| | | San Diego, California 92130 |
| 28 | | |

Frank Everett Scherkenbach
Steven R. Katz
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
617-542-5070
Fax: 617-542-8906

Thomas L. Halkowski
Warren Keith Mabey , Jr.
FISH AND RICHARDSON P.C.
222 Delaware Avenue
17th floor
P.O. Box 1114
Wilmington, DE 19899-1114
302-778-8407
Fax: (302) 652-0607

Attorneys for Defendants-Counterclaimants
Acronis, Inc., Acronis International GmbH and
OOO Acronis

-3-  Case No. 3:12-cv-05331 (JST)
JOINT STIPULATION AND [PROPOSED] ORDER
PERMITTING USE OF EQUIPMENT IN THE COURTROOM

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: __October 21__, 2013     By: _____
       Honorable
       United

*IT IS SO ORDERED AS MODIFIED*
*Judge Jon S. Tigar*