1   Jennifer A. Kash (Bar No. 203679)
    jenniferkash@quinnemanuel.com
2   Eric E. Wall (Bar No. 248692)
    ericwall@quinnemanuel.com
3   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
4   50 California Street, 22nd Floor
    San Francisco, California 94111
5   Telephone: (415) 875-6600
    Facsimile: (415) 875-6700
6
    Attorneys for Plaintiff-Counterdefendants
7
    Jason W. Wolff (SBN 215819/wolff@fr.com)
8   Olga I. May (SBN 232012/omay@fr.com)
    Aleksandr Gelberg (SBN
9   279989/gelberg@fr.com)
10  Fish & Richardson P.C.
    12390 El Camino Real
11  San Diego, California 92130
    Telephone:  (858) 678-5070
12  Facsimile:   (858) 678-5099
13
    Attorneys for Defendants-Counterclaimants
14

15

16                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
17

18  SYMANTEC CORP.,                     CASE NO. 3:12-cv-05331(JST)

19              Plaintiff,              **JOINT STIPULATION AND [PROPOSED]
                                        ORDER PERMITTING USE OF
20  v.                                  EQUIPMENT IN THE COURTROOM**

21  ACRONIS, INC., ACRONIS             __Claim Construction Hearing:__
    INTERNATIONAL GMBH, and OOO
22  ACRONIS,                           Date:        November 5, 2013
                                       Time:        2:00 p.m.
23              Defendants.            Place :      Courtroom 9, 19th Flr
                                       Judge:       Hon. Jon S. Tigar
24

25

26

27

28

1  PURSUANT TO GENERAL ORDER 58, the parties, through their respective counsel of

2  record, hereby stipulate, agree and request as follows:

3  WHEREAS, Plaintiff Symantec Corporation and Defendants Acronis Inc., Acronis

4  International GmbH and OOO Acronis (collectively, "the Parties") seek to use certain equipment

5  and devices at the claim construction hearing on November 5, 2013,

6  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

7  Parties that:

8  1.  The Parties and their attorneys, paralegals, assistants and consultants may bring

9  laptop computers, remote controls for same, audio-visual projectors, laser pointers, projector

10  screens and carts, video distribution amplifiers, monitors, speakers, and various cables, cords and

11  power strips, A/B switches, and related equipment into the courtroom for use at the claim

12  construction hearing on November 5, 2013;

13  2.  ~~Beginning at 12:00 p.m. on Tuesday, November 5, 2013, the Parties may have~~

14  ~~access to the courtroom to set up and test the above equipment so that the Parties will be prepared~~

15  ~~to proceed with the hearing as scheduled.~~  The parties are to contact the Courtroom Deputy to

16  arrange a time when the Courtroom is available.

17  **IT IS SO STIPULATED.**

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:12-cv-05331 (JST)
JOINT STIPULATION AND [~~PROPOSED~~] ORDER
PERMITTING USE OF EQUIPMENT IN THE COURTROOM

Dated:  November 1, 2013                QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                         __/s/ Jennifer A. Kash_____
                                        Jennifer A. Kash

                                        Jennifer A. Kash (Bar No. 203679)
                                        jenniferkash@quinnemanuel.com
                                        Eric E. Wall (Bar No. 248692)
                                        ericwall@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        50 California Street, 22nd Floor
                                        San Francisco, California 94111
                                        Telephone: (415) 875-6600
                                        Facsimile: (415) 875-6700

                                        David A. Nelson (*pro hac vice*)
                                        davenelson@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        500 West Madison Street, Suite 2450
                                        Chicago, IL 60661
                                        Telephone: (312) 705-7400
                                        Facsimile: (312) 705-7401

                                        Kate Cassidy (*pro hac vice*)
                                        katecassidy@quinnemanuel.com
                                        QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
                                        51 Madison Avenue, 22nd Floor
                                        New York, NY 10010
                                        Telephone: (212) 849-7000
                                        Facsimile: (212) 849-7100

                                         Attorneys for Plaintiff-Counterdefendant
                                         Symantec Corporation

Dated:  November 1, 2013                FISH & RICHARDSON P.C.


                                        By:  _/s/ Olga I. May_____

                                        Jason W. Wolff
                                        Olga I. May
                                        Aleksandr Gelberg
                                        FISH & RICHARDSON P.C.
                                        12390 E. Camino Real
                                        San Diego, California 92130

JOINT STIPULATION AND [PROPOSED] ORDER
PERMITTING USE OF EQUIPMENT IN THE COURTROOM

Frank Everett Scherkenbach
Steven R. Katz
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
617-542-5070
Fax: 617-542-8906

Thomas L. Halkowski
Warren Keith Mabey , Jr.
FISH AND RICHARDSON P.C.
222 Delaware Avenue
17th floor
P.O. Box 1114
Wilmington, DE 19899-1114
302-778-8407
Fax: (302) 652-0607

Attorneys for Defendants-Counterclaimants
Acronis, Inc., Acronis International GmbH and
OOO Acronis

Case No. 3:12-cv-05331 (JST)
JOINT STIPULATION AND [PROPOSED] ORDER
PERMITTING USE OF EQUIPMENT IN THE COURTROOM

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3   Dated:   <u>  November 4  </u>, 2013    By:   _____

4                                         Honorabl...

*IT IS SO ORDERED AS MODIFIED*

Judge Jon S. Tigar

_Page footer:_

-4-