UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SYMANTEC CORPORATION, | Case No. 12-cv-05331-JST |
|---|---|
| Plaintiff, | |
| v. | **NOTICE ADVISING PARTIES OF THE COURT'S TENTATIVE CLAIMS CONSTRUCTION ORDER** |
| ACRONIS, INC., et al., | |
| Defendants. | Re: ECF Nos. 115 & 117 |

The Court has prepared a tentative claims construction order in this case. The tentative order is attached at Exhibit A. The tentative order has been issued solely to prepare counsel for oral argument. *The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.*

**IT IS SO ORDERED.**

Dated: November 4, 2013

_____
JON S. TIGAR
United States District Judge