UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACRONIS, INC., et al.,<br><br>　　　　Defendants. | Case No.  12-cv-05331-JST<br><br>**NOTICE ADVISING PARTIES OF THE COURT'S TENTATIVE CLAIMS CONSTRUCTION ORDER**<br><br>Re: ECF Nos. 115 & 117 |

　　　　The Court has prepared a tentative claims construction order in this case.  The tentative order is attached at Exhibit A.  The tentative order has been issued solely to prepare counsel for oral argument.  ***The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.***

　　　　**IT IS SO ORDERED.**

Dated: November 4, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge