Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff-Counterdefendant

Jason W. Wolff (SBN 215819/wolff@fr.com)
Olga I. May (SBN 232012/omay@fr.com)
Aleksandr Gelberg (SBN 279989/gelberg@fr.com)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendants-Counterclaimants

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORP., <br><br> Plaintiff, <br><br> v. <br><br> ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, and OOO ACRONIS, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No.  3:12-cv-05331 JST <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION TO THE EXPERT DISCLOSURE DEADLINES** <br><br> **Honorable Jon S. Tigar** |

1    Having carefully considered the parties' stipulated request to extend the expert disclosure
2    deadlines, this Court grants the request.
3    IT IS HEREBY ORDERED THAT:
4    1.    The opening expert disclosure deadline is extended from November 15, 2013 to
5    November 25, 2013.
6    2.    The rebuttal expert disclosure deadline is extended from December 13 to December
7    20, 2013.
8    **IT IS SO ORDERED.**

10   Dated: November 13, 2013.

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE