Jennifer A. Kash (Bar No. 203679)
jenniferkash@quinnemanuel.com
Eric E. Wall (Bar No. 248692)
ericwall@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Plaintiff-Counterdefendant

Jason W. Wolff (SBN 215819/wolff@fr.com)
Olga I. May (SBN 232012/omay@fr.com)
Aleksandr Gelberg (SBN 279989/gelberg@fr.com)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Attorneys for Defendants-Counterclaimants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORP., <br><br>                      Plaintiff, <br><br> v. <br><br> ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, and OOO ACRONIS, <br><br>                      Defendants. | Case No.  3:12-cv-05331 JST <br><br> **[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF THE DISPOSITIVE MOTION FILING DEADLINE AND BRIEFING SCHEDULE** <br><br> Honorable Jon S. Tigar |
| AND RELATED COUNTERCLAIMS. | |

Having carefully considered the parties' stipulated request for an extension of the dispositive motion filing deadline and briefing schedule, this Court grants the request.

IT IS HEREBY ORDERED THAT:

1.     The deadline to file dispositive motions is extended from January 10, 2014 to January 24, 2014.

2.     The deadline  to file oppositions to dispositive motions is February 21, 2014.

3.     The deadline to file replies in support of dispositive motions is March 7, 2014.

**IT IS SO ORDERED.**


Dated: January 2, 2014

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

1