UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>ACRONIS, INC., et al.,<br><br>        Defendants. | Case No.  12-cv-05331-JST<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court hereby sets a case management conference on Friday, January 24, 2014 at 2:00 p.m. The conference will occur at the court's San Jose courthouse, located at 280 South First Street, San Jose, CA, 95113; the specific courtroom will be the subject of a later notice. THE PARTIES ARE DIRECTED TO NOTE THE LOCATION OF THE CONFERENCE.

The purposes of the conference will be to set a trial date and to discuss whether further alternative dispute resolution efforts would be helpful. The parties shall file a joint case management statement addressing these topics by January 17, 2014.

**IT IS SO ORDERED.**

Dated:   January 2, 2014

_____
JON S. TIGAR
United States District Judge