UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff-Counterclaim Defendant,

    vs.

ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, AND OOO-ACRONIS

    Defendants-Counterclaimants.

Case No. 3:12-CV-05331 JST

[~~PROPOSED~~] **ORDER REGARDING STIPULATION TO EXTEND OPPOSITION AND REPLY DEADLINES TO ACRONIS'S MOTION TO STRIKE**

IT IS HEREBY ORDERED THAT:

1. The deadline for Symantec to file its opposition to Acronis's Motion to Strike is extended from February 10 to February 21;
2. The deadline for Acronis to file its reply to Symantec's opposition is extended from February 18 to March 7;
3. The date of the motion hearing is unchanged.

**IT IS SO ORDERED.**

DATED: February 6, 2014

By: _____
Hon. Jon S. Tigar
United States District Judge