UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>ACRONIS, INC., ACRONIS INTERNATIONAL GMBH, AND OOO-ACRONIS<br><br>    Defendants-Counterclaimants. | Case No. 3:12-CV-05331 JST<br><br>[PROPOSED] ORDER REGARDING STIPULATION TO EXTEND BRIEFING DEADLINES FOR THE PARTIES' SUMMARY JUDGMENT MOTIONS AND ACRONIS'S MOTION TO STRIKE |

IT IS HEREBY ORDERED THAT:

1. The deadline for both sides to file their Summary Judgment Opposition briefs and for Symantec to file its Opposition to Acronis's Motion to Strike is extended from February 21 to March 10, 2014;

2. The deadline for both sides to file their Summary Judgment Reply briefs and for Acronis to file its Reply in support of its Motion to Strike is extended from March 7, 2014 to March 24, 2014;

3. The motion hearing scheduled for March 20, 2014 will be rescheduled to April 10, 2014.

**IT IS SO ORDERED.**

DATED: February 21, 2014

By: _____
Hon. Jon S. Tigar
United States District Judge

Case No. 3:12-CV-05331 JST
[PROPOSED] ORDER