UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

v.

ACRONIS, INC., et al.,

    Defendants.

Case No.  12-cv-05331-JST

**ORDER TO FILE STIPULATION OF DISMISSAL**

The parties left a voicemail for the courtroom deputy on March 10, 2014, stating that they have settled this action.  Accordingly, all deadlines and hearings in this case are VACATED, including the motion for summary judgment currently noticed for April 10, 2014 and related briefing deadlines.  By April 25, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 11, 2014

                                       JON S. TIGAR
                               United States District Judge