United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMANTEC CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>ACRONIS, INC., et al.,<br><br>    Defendants. | Case No.  12-cv-05331-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL; SETTING CASE MANAGEMENT CONFERENCE** |

The parties left a voicemail for the courtroom deputy on March 10, 2014, stating that they have settled this action.  Accordingly, all deadlines and hearings in this case are VACATED, including the motion for summary judgment currently noticed for April 10, 2014 and related briefing deadlines.  By April 25, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court hereby SETS this matter for a case management conference on May 7, 2014 at 2:00 P.M., at 450 Golden Gate Avenue, San Francisco, 19th Floor, Courtroom 9, which will be automatically vacated if a stipulation of dismissal is filed by April 25.

Any continuance of the deadline set in this Order requires a showing of good cause.  Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 11, 2014

                                                _____
                                                      JON S. TIGAR
                                                 United States District Judge