United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYMANTEC CORPORATION,

    Plaintiff,

v.

ACRONIS, INC., et al.,

    Defendants.

Case No. 12-cv-05331-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 211

    The parties have filed a stipulation of dismissal dated April 14, 2014, stating that they have agreed to a settlement of this action. ECF No. 211. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with prejudice. The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: April 14, 2014

                                                                 JON S. TIGAR
                                                           United States District Judge